# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **M.L p/n/g of minor child, JANE DOE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | Civil Action No. 3:24-CV-287 |
| ) | |
| **MOONSHINE MOUNTAIN COASTER** ) | |
| **d/b/a T&L INVESTMENTS, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF SETTLEMENT

Come the parties, by and through counsel, and having announced to the Court that all matters in controversy between them have been compromised and settled. Due to a minor being involved, the parties must prepare filings regarding court approval of said settlement. The parties will work diligently to finalize said documents. The purpose of this Notice was to inform the Court of the above.

Respectfully submitted,

___s/Jenney Keaty_____
Jenney Keaty (BPR #27554)
MORGAN & MORGAN
810 Broadway, Suite 105
Nashville, TN 37203
615/986-6235
Attorney for Plaintiff

___s/ Jon M. Cope_____
Jon M. Cope (BPR #20031)
STOKES, WILLIAMS, SHARP, COPE & MANN
P.O. Box 2644
Knoxville, TN 37901
865/544-3833
Attorney for Defendant