UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| A.L.B. p/n/g of minor child, JANE DOE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MOONSHINE MOUNTAIN COASTER ) <br> d/b/a T&L INVESTMENTS, LLC, ) <br> ) <br> Defendant. ) | | No.: 3:24-CV-287-TAV-DCP |

## **ORDER**

This civil matter is before the Court on the parties' Joint and Unopposed Motion for Approval of Minor Settlement [Doc. 24 (as amended by Doc. 29)]. In their motion, the parties represent that they have reached a settlement agreement in this matter. On February 27, 2025, the Court held a closed hearing regarding the parties' proposed settlement agreement given that it involves a minor child, Jane Doe.

After considering the parties' motion and statements during the hearing, the Court **APPROVES** the parties' proposed settlement [Doc. 24 (as amended by Doc. 29)], including the apportionment of settlement funds as laid out in the joint motion. The Court, having considered evidence as to the manner in which said injuries occurred, out of which the claim arises, and having inquired into the damages to the minor, is of the opinion that this settlement is just, fair and reasonable and in the best interest of the minor child Jane Doe. Accordingly, the Court **FINDS** and **ORDERS** as follows:

1. The Court finds and orders that plaintiff and defendant have satisfactorily compromised and settled the issues between them and involved herein.

2. The Court finds and authorizes A.L.B., as parent and guardian custodian of Jane Doe, a minor, to execute a full release of any and all claims sustained by, relating to, involving or belonging to Jane Doe or A.L.B., individually and/or as natural parent and guardian custodian of Jane Doe, as a result of the injuries to Jane Doe arising out of the incident which occurred on July 6, 2023.

3. The Court finds and orders that the distribution of attorney's fees and expenses as laid out in the motion [Doc. 24 (as amended by Doc. 29)] to be fair and reasonable and approves the apportionment of the settlement to be made to Morgan and Morgan for attorney's fees and case costs of: $41,001.69.

4. The Court also finds and orders that the distribution of plaintiff's proceeds as laid out in the motion [Doc. 24 (as amended by Doc. 29)] to be fair and reasonable, and approves the apportionment of plaintiff's proceeds to be made as follows: $8,998.31 to be paid to A.L.B. p/n/g Jane Doe, a minor, to be deposited into a savings account controlled by A.L.B. to be used only for the benefit of Jane Doe, a minor, for health care and/or educational expenses that may be incurred between now and the time Jane Doe turns 21 years of age, and $50,000.00 to be deposited into a custodial for minor account with Cetera Investment Services (account number xxxx5NXM), which is an interest-bearing,

investment account to which the minor will not have access to the funds until the age of 21.

5. The Court finds and orders that A.L.B., as natural parent and guardian custodian of Jane Doe, a minor, has the legal authority to and shall enter into the settlement agreement, sign a release, and compromise and settle the claims with defendant for personal injuries suffered by the minor child.

In light of the above terms of settlement, this matter shall be **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to **CLOSE** the case.

IT IS SO ORDERED.

s/ Thomas A. Varlan<br>
UNITED STATES DISTRICT JUDGE